**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM JOHNSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-00764-CFC |
| | ) |
| v. | ) |
| | ) |
| CHINOOK THERAPEUTICS, INC., ERIC | ) JURY TRIAL DEMANDED |
| DOBMEIER, SRINIVAS AKKARAJU, | ) |
| ROBERT W. AZELBY, JEREL DAVIS, | ) |
| WILLIAM M. GREENMAN, MICHELLE | ) |
| GRIFFIN, MAHESH KRISHNAN, and | ) |
| DOLCA THOMAS, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: August 8, 2023

**LONG LAW, LLC**

By:   */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*